**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| GRACIELA LEYVA SANCHEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-318-SLP |
| | ) | |
| WARDEN, Diamondback Correctional | ) | |
| Facility, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **O R D E R**

The Court is in receipt of Respondents' Objection [Doc. No. 12] to the Report and Recommendation [Doc. No. 11].  Upon review, it does not appear that Respondents served a mailed copy of the Objection on pro se Petitioner Sanchez.  *See* [Doc. No. 12] (no certificate of service); *see also* Fed. R. Civ. P. 5(b)(2)(C) and 5(d)(1)(B(i).

IT IS THEREFORE ORDERED that Respondents shall serve a copy of the Objection on Petitioner in compliance with the Federal Rules of Civil Procedure.  Respondents shall serve a copy and shall file proof of service of the Objection **on or before April 10, 2026 at 12:00 p.m.**

IT IS FURTHER ORDERED that the Court sua sponte extends Petitioner's deadline to file an optional response to the Objection until April 17, 2026.

IT IS SO ORDERED this 8th day of April, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE